# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0786
Lower Tribunal No. 2017-CC-000280-O

———————————————

MAHESH RAMCHANNDANI,

Appellant,

v.

111 SOUTH KNOWLES PARTNERS, LLC,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
David P. Johnson, Judge.

March 31, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WHITE and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.

Mahesh Ramchanndani, Summerville, South Carolina, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED